# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY YANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPRING OAKS CAPITAL, LLC, et al.,<br><br>　　　　Defendants. | Case No.  1:24-cv-00450-KES-SAB<br><br>ORDER GRANTING JOHN K. ROSSMAN'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 11) |

Before the Court is the application of John K. Rossman, attorney for Defendants Spring Oaks Capital, LLC and Spring Oaks Capital SPV, LLC, for admission to practice *pro hac vice*. L.R. 180(b)(2).  Having reviewed the application, John K. Rossman's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **January 16, 2025**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge